UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPA INSURANCE COMPANY, | **NEW CASE NO. 1:11-cv-1573-MJS** |
| Plaintiff | ORDER ASSIGNING CASE RE PRESIDING JUDGE |
| vs | |
| AMRINDER SINGH, AN INDIVIDUAL et, al.; | Old Case No. 1:11-cv-1573-AWI-MJS |
| Defendants | |

IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge MICHAEL J. SENG as Presiding Judge of the above entitled action. Plaintiff and Defendant notified the Court on December 15, 2011, in their Joint Scheduling Report of their joint consent under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:

1:11-cv-1573-MJS

IT IS SO ORDERED.

Dated:   December 19, 2011

CHIEF UNITED STATES DISTRICT JUDGE