LINDA WENDELL HSU (SBN 162971)
lhsu@selmanbreitman.com
MARK INBODY (SBN 180862)
minbody@selmanbreitman.com
NICHOLAS P. HONKAMP (SBN 261299)
nhonkamp@selmanbreitman.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone:      (415) 979-0400
Facsimile:       (415) 979-2099

Attorneys for Plaintiff
Topa Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Topa Insurance Company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Amrinder Singh, an individual; Pawandeep Singh, an individual; Linton Stone Weeks and Jan Taylor Weeks, individuals; Jorge Adrian Chavero, an individual; Rebecca Chavero, an individual; DBi Services, LLC, a corporation; Royal Freight, LP, a corporation; Progressive Insurance Company, a corporation; Hiscox Insurance Company, a corporation; Northland Insurance Company, a corporation; Truck Service, Inc., a corporation; and Does 1 through 50, inclusive<br><br>　　　　　Defendants. | CASE NO. 1:11-CV-1573-MJS<br><br>**STIPULATION TO BE BOUND BY NON-PARTY INTRADE INDUSTRIES, INC.** |

　　　　The parties to this Stipulation are Topa Insurance Company ("Topa") and Intrade Industries, Inc. ("Intrade").  Topa and Intrade hereby stipulate, by and through their counsel, as follows:

　　　　1.　　Intrade agrees to be bound by any Order entered by the Court in this action as if it were a defendant hereto, including any Order concerning Topa's indemnity obligation under Policy No. TLH 002227-00 ("the Policy") as to claims arising out

of the multi-vehicle auto accident described in the Complaint;

2. Topa does not, and will not, contend that its defense obligation under the Policy is discharged by the deposit of the $1 million liability limit of the Policy with the Court in the Interpleader Action;

3. Intrade will not contest the allocation of the Policy's $1 million liability limit that has been agreed to by the defendants to the Interpleader Action. The allocation is as follows:

| | | |
|---|---|---:|
| a. | Linton Stone Weeks and Jan Taylor Weeks | $959,000.00 |
| b. | Royal Freight, LP | $20,000.00 |
| c. | DBi Services, LLC | $10,000.00 |
| d. | Jorge Adrian Chavero and Rebecca Chavero | $7,500.00 |
| e. | Hiscox Insurance Company | $3,500.00 |
| f. | Northland Insurance Company | $0.00 |
| g. | Progressive Insurance Company | $0.00 |
| h. | Truck Service, Inc. | $0.00 |

DATED: May 14, 2012          SELMAN BREITMAN LLP

By:   /s/
    LINDA WENDELL HSU (SBN 162971)
    MARK INBODY (SBN 180862)
    NICHOLAS P. HONKAMP (SBN 261299)
Attorneys for Plaintiff Topa Insurance Company

DATED: May 14, 2012          WILKINS, DROLSHAGEN & CZESHINSKI, LLP

By:   /s/
    JAMES H. WILKINS
Attorneys for Non-Party Intrade Industries, Inc.

**ORDER**

The Stipulation is hereby approved insofar as it reflects written agreement by its signatories, one of whom is a party to this action, to the terms thereof.

IT IS SO ORDERED.

Dated:   June 14, 2012          /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE