```
LINDA WENDELL HSU (SBN 162971)
lhsu@selmanbreitman.com
MARK INBODY (SBN 180862)
minbody@selmanbreitman.com
NICHOLAS P. HONKAMP (SBN 261299)
nhonkamp@selmanbreitman.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone:      (415) 979-0400
Facsimile:      (415) 979-2099
```

Attorneys for Plaintiff
Topa Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Topa Insurance Company,<br><br>        Plaintiff,<br><br>    v.<br><br>Amrinder Singh, an individual; Pawandeep Singh, an individual; Linton Stone Weeks and Jan Taylor Weeks, individuals; Jorge Adrian Chavero, an individual; Rebecca Chavero, an individual; DBi Services, LLC, a corporation; Royal Freight, LP, a corporation; Progressive Insurance Company, a corporation; Hiscox Insurance Company, a corporation; Northland Insurance Company, a corporation; Truck Service, Inc., a corporation; and Does 1 through 50, inclusive<br><br>        Defendants. | CASE NO. 1:11-CV-1573-MJS<br><br>**REQUEST FOR AMENDMENT OF ORDER REGARDING ANSWERS TO AMENDED COMPLAINT; ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Plaintiff Topa Insurance Company ("Topa") hereby requests that the Order Granting Defendant's Application for Disbursement of Interpled Funds and Granting Plaintiff Leave to File an Amended Complaint, entered October 4, 2012 (Dkt. #100), be amended to include an Order that each party's response to the original Complaint (Dkt. #01) be deemed to be a response to the

1

REQUEST FOR AMENDMENT OF ORDER REGARDING ANSWERS TO AMENDED COMPLAINT;
[PROPOSED] ORDER
CASE NO. 1:11-CV-01573-MJS

Amended Complaint.

DATED:  October 18, 2012          SELMAN BREITMAN LLP


                                   By:    /s/ MARK E. INBODY
                                          LINDA WENDELL HSU (SBN 162971)
                                          MARK INBODY (SBN 180862)
                                          NICHOLAS P. HONKAMP (SBN 261299)
                                   Attorneys for Plaintiff Topa Insurance Company


**ORDER**

IT IS SO ORDERED.

   Dated:    October 19, 2012             /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE