```
 1  LEWIS BRISBOIS BISGAARD & SMITH LLP
    JEFFERY G. BAIREY, SB# 111271
 2    Email: bairey@lbbslaw.com
    ALISON YEW, SB 173158
 3    Email: yew@lbbslaw.com
    333 Bush Street, Suite 1100
 4  San Francisco, California, 94104-2872
    Telephone: 415.362.2580
 5  Facsimile: 415.434.0882

 6  Attorneys for Defendant
    3SJ TRANSPORTATION LLC (Doe 2)
 7
```





FILED
DEC 13 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| Topa Insurance Company,<br><br>  Plaintiff,<br><br>  vs.<br><br>Amrinder Singh, an individual; Pawandeep Singh, an individual; Linton Stone Weeks and Jan Taylor Weeks, individuals; Jorge Adrian Chavero, an individual; Rebecca Chavero, an individual; DBi Services, LLC, a corporation; Royal Freight, LP, a corporation; Progressive Insurance Company, a corporation; Hiscox Insurance Company, a corporation; Northland Insurance Company, a corporation; Truck Service, Inc., a corporation; Intrade Industries, Inc. (Doe Defendant 1); 3SJ Transportation, LLC (Doe Defendant 2); and Does 3 through 50, inclusive,<br><br>  Defendants. | CASE NO. 1:11-CV-1573-MJS<br><br>**STIPULATION TO CONTINUE MOTION TO DISMISS; ORDER**<br><br>Date:   December 14, 2012<br>Time:   9:30 a.m.<br>Dept.:  6<br>Hon. Magistrate Judge Michael J. Seng |

Whereas, Topa Insurance Company has filed the within First Amended Complaint;

Whereas, 3SJ Transportation, LLC, named as Doe Defendant #2, has filed a Motion to Dismiss in response to the First Amended Complaint;

Whereas, the Motion to Dismiss is scheduled to be heard on December 14, 2012;

Whereas, the parties in this interpleader action and in the related state matter of Weeks v. Singh have agreed to a global settlement in principal and are working on the terms of a written

agreement;

Whereas, the global settlement contemplates dismissals of all related action, including the subject federal court interpleader action filed by Topa Insurance;

The parites Topa Insurance and 3SJ Transportation herby stipulate to a continuance of the Motion to Dismiss for a minimum of 30 days, with the expectation that this matter will be dismissed prior to the continued hearing date.

IT IS SO STIPULATED.

DATED: December 12, 2012    SELMAN BREITMAN LLP

By:    /s/ *Linda Hsu*
    Linda Hsu
    Attorneys for Plaintiff Topa Insurance

DATED: December 12, 2012    LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    /s/ *Alison Yew*
    Alison Yew
    Attorneys for Defendant
    3SJ TRANSPORTATION (Doe 2)

~ ORDER ~

Pursuant to the above stipulation, and good cause appearing, this court hereby orders the continuance of Defendant 3SJ Transportation's Motion to Dismiss. The December 14, 2012, hearing date is vacated. The new hearing date is January 18, 2013 ~~at another date the court chooses at least 30 days from December 14, 2012~~.

IT IS SO ORDERED.

Judge of the U.S. District Court