**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JEFFERY G. BAIREY, SB# 111271
    Email: bairey@lbbslaw.com
ALISON YEW, SB 173158
    Email: yew@lbbslaw.com
333 Bush Street, Suite 1100
San Francisco, California, 94104-2872
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for Defendant
3SJ TRANSPORTATION LLC (Doe 2)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| Topa Insurance Company,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Amrinder Singh, an individual; Pawandeep Singh, an individual; Linton Stone Weeks and Jan Taylor Weeks, individuals; Jorge Adrian Chavero, an individual; Rebecca Chavero, an individual; DBi Services, LLC, a corporation; Royal Freight, LP, a corporation; Progressive Insurance Company, a corporation; Hiscox Insurance Company, a corporation; Northland Insurance Company, a corporation; Truck Service, Inc., a corporation; Intrade Industries, Inc. (Doe Defendant 1); 3SJ Transportation, LLC (Doe Defendant 2); and Does 3 through 50, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 1:11-CV-1573-MJS<br><br>**STIPULATION TO CONTINUE MOTION TO DISMISS; ORDER**<br><br>Date:　　February 22, 2013<br>Time:　　9:30 a.m.<br>Dept.:　　6<br>Hon. Magistrate Judge Michael J. Seng |

　　　　Whereas, Topa Insurance Company has filed the within First Amended Complaint;

　　　　Whereas, 3SJ Transportation, LLC, named as Doe Defendant #2, has filed a Motion to Dismiss in response to the First Amended Complaint;

　　　　Whereas, the Motion to Dismiss was scheduled to be heard on December 14, 2012, continued to January 18, 2013, and again continued to February 22, 2013;

　　　　Whereas, the parties in this interpleader action and in the related state matter of Weeks v.

1  Singh have agreed to a global settlement in principal and are working on the terms of a written
2  agreement;
3     Whereas, the global settlement contemplates dismissals of all related action, including the
4  subject federal court interpleader action filed by Topa Insurance;
5     Whereas, the parties continue to work out the settlement details, as the global settlement
6  involves multiple parties;
7     Topa Insurance and 3SJ Transportation herby stipulate to a continuance of the Motion to
8  Dismiss for a minimum of 30 days, if the court would so order.
9
10    IT IS SO STIPULATED.
11
12 DATED: February 19, 2012				SELMAN BREITMAN LLP
13
14						By:  /s/ *Mark Inbody*
						Mark Inbody
15						Attorneys for Plaintiff Topa Insurance
16
   DATED: February 19, 2012				LEWIS BRISBOIS BISGAARD & SMITH LLP
17
18						By:  /s/ *Alison Yew*
						Alison Yew
19						Attorneys for Defendant
						3SJ TRANSPORTATION (Doe 2)
20
21
22
23
24
25
                          **~ ORDER ~**
26
     Pursuant to the above stipulation and good cause appearing, the Court Orders
27
   the continuance of the hearing on Defendant 3SJ Transportation's Motion to Dismiss
28

1  from February 22, 2013, to March 22, 2013 at 10:30 a.m. before Magistrate Judge
2  Michael J. Seng in Courtroom 6 (MJS), Fresno. **There shall be no more continuances**
3  **in connection with this motion**.
4
5
6
7  IT IS SO ORDERED.
8
9  Dated:   February 20, 2013            /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE