LINDA WENDELL HSU (SBN 162971)
lhsu@selmanbreitman.com
MARK INBODY (SBN 180862)
minbody@selmanbreitman.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone:     (415) 979-0400
Facsimile:      (415) 979-2099

Attorneys for Plaintiff
Topa Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Topa Insurance Company,<br><br>        Plaintiff,<br><br>    v.<br><br>Amrinder Singh, an individual; Pawandeep Singh, an individual; Linton Stone Weeks and Jan Taylor Weeks, individuals; Jorge Adrian Chavero, an individual; Rebecca Chavero, an individual; DBi Services, LLC, a corporation; Royal Freight, LP, a corporation; Progressive Insurance Company, a corporation; Hiscox Insurance Company, a corporation; Northland Insurance Company, a corporation; Truck Service, Inc., a corporation; and Does 1 through 50, inclusive<br><br>        Defendants. | CASE NO. 1:11-CV-1573-MJS<br><br>**ORDER DISMISSING INTERPLEADER ACTION** |

Plaintiff Topa Insurance Company has informed the parties and this Court that the underlying action *Linton Stone Weeks, et al. v. Amrinder Singh, et al.*, San Joaquin County, California, Superior Court Case Number 39-2010-00243717-CU-PA-STK (June 21, 2010) has been dismissed, with payment and release of all liability claims in that action.

The continued claims in that action previously having been described as the last remaining impediment to dismissal of this action, Plaintiff advising that no party objects to this dismissal, and the interplead funds having been fully dispersed per this court's Order, the Court hereby

ORDERS dismissal of this entire action, with a mutual waiver of costs as to all parties and without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2),.

**ORDER**

IT IS SO ORDERED.

Dated:   May 4, 2013                          /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE